Louis Lauro, Respondent, v. Maurice Simmons, as Property Clerk of the Police Department of the City of New York, Appellant.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.